IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CVESTER BRAND, JR., et al.**                                              **PLAINTIFFS**

**v.**                                              **CAUSE NO.: 1:09CV62-SA-JAD**

**BOBBY SHELTON, et al.**                                              **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

Upon consideration of the file and record of this action, the Court finds the Report and Recommendation of the United States Magistrate Judge dated March 1, 2010, was on that date duly served by regular mail upon plaintiffs, that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by plaintiffs.  The Court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the Court.  It is, therefore

**ORDERED:**

l.  That the Report and Recommendation of the United States Magistrate Judge dated March 1, 2010, is approved and adopted as the opinion of the Court;

2.  That this case is hereby **DISMISSED** for plaintiffs' failure to prosecute and failure to obey an order of the Court pursuant to Federal Rule of Civil Procedure 41(b); and

3.  That the Clerk shall forthwith **CLOSE** this case.

**THIS**, the 17th day of March, 2010.

                                                  /s/ Sharion Aycock
                                                  **U.S. DISTRICT JUDGE**